| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | UNITED STATES DISTRICT COURT |
| 8 | FOR THE EASTERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| 10 | JOSE RAMIRO LEON, | No. 1:19-cv-01396-DAD-JLT |
| 11 | Plaintiff, | |
| 12 | v. | ORDER REMANDING ACTION TO THE KERN COUNTY SUPERIOR COURT PURSUANT TO THE STIPULATION OF THE PARTIES |
| 13 | HENNY PENNY CORPORATION, | |
| 14 | Defendant. | |
| 15 | | (Doc. No. 17) |
| 16 | EMPLOYERS ASSURANCE COMPANY, INC., | |
| 17 | Intervenor Plaintiff, | |
| 18 | v. | |
| 19 | HENNY PENNY CORPORATION, | |
| 20 | Defendant. | |

On November 25, 2019, the parties stipulated to remand of this action to the Kern County Superior Court, where this action was originally filed. (Doc. No. 17.) Accordingly, and pursuant to the parties' stipulation, this action is remanded and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 26, 2019**

*[Signature: Dale A. Drozd]*
UNITED STATES DISTRICT JUDGE

1